MADELEINE S. STERN v. CARRIE MAUTNER.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Burr, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. DALLAS B. PRATT v. HENRY M. GOLDFOGLE and Others.— Motion granted. Present — Clarke, P. J., Dowling, Finch, McAvoy and Burr, JJ.

RAIMONDO MALULO v. THOMAS WILLIAMS and Others, Impleaded with RESOLVED CORPORATION.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Burr, JJ.

WILLIAM H. W. YOUNGS v. CLARISSA GOODMAN and Others. WALTER G. HERBERT, as Ancillary Administrator, etc., Impleaded, etc., Respondent; PHILIP BEROLZHEIMER, Chamberlain, etc., Appellant.— Motion for leave to appeal denied. Motion for reargument granted. Present — Clarke, P. J., Dowling, Finch, McAvoy and Burr, JJ.

In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, by FRANCIS R. STODDARD, JR., as Superintendent of Insurance, etc. (NORSKE LLOYD INSURANCE Co., LTD.) — Motion for reargument denied. Motion for leave to appeal granted; questions certified. Present — Clarke, P. J., Dowling, Finch, McAvoy and Burr, JJ.

METER RENTING Co., INC., v. THOMAS E. GREACEN and Others.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Burr, JJ.

JAMES SHEWAN & SONS, INC., v. WILLIAM WIRT MILLS, as Commissioner, etc., and Others.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Burr, JJ.

GENEVA ERB v. BANCO DI NAPOLI.— Motion granted. Present — Clarke, P. J., Dowling, Finch, McAvoy and Burr, JJ.

HERMAN SOLNICKI v. GERHARD & HEY, INC — Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Burr, JJ.

THE EQUITABLE TRUST COMPANY OF NEW YORK, as Trustee, etc., v. EDITH ROCKEFELLER McCORMICK, Impleaded with HAROLD F. McCORMICK and Others. — Motion denied. Present — Clarke, P. J., Dowling, Finch, McAvoy and Burr, JJ.

THOMAS L. LYONS and Others v. ELIZABETH WHITE WYLDE, Individually and as Executrix, etc., Impleaded with ALBERT MARTIN.— Motion denied. Present — Clarke, P. J., Dowling, Finch, McAvoy and Burr, JJ.

THOMAS A. O'CALLAGHAN v. HARRY B. CHAMBERS.— Motion denied. Present — Clarke, P. J., Dowling, Finch, McAvoy and Burr, JJ.

THOMAS L. LYONS and Others v. ELIZABETH WHITE WYLDE, Individually and as Executrix, etc., Impleaded, etc.— Motion denied. Present — Clarke, P. J., Dowling, Finch, McAvoy and Burr, JJ.

NANINE S. MAXWELL v. CHARLES H. R. MAXWELL.— Motion granted. Present — Clarke, P. J., Dowling, Finch, McAvoy and Burr, JJ.

NANINE S. MAXWELL v. CHARLES H. R. MAXWELL.— Motion granted. Present — Clarke, P. J., Dowling, Finch, McAvoy and Burr, JJ.

DOROTHEA ADAMS GRANT v. WALTER SCOTT GRANT.— Motion granted. Present — Clarke, P. J., Dowling, Finch, McAvoy and Burr, JJ.

JESSIE L. LEDERER v. LEON DE COSTA and Others.— Motion granted. Present — Clarke, P. J., Dowling, Finch, McAvoy and Burr, JJ.